UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mo Jacob, | 2:16-cv-02639-JAD-VCF |
| Plaintiff | **Order** |
| v. | |
| Dennis E. Rusk, and Dennis E. Rusk, Architect LLC, | |
| Defendants | |

This action was transferred to this district from the Central District of California. Upon a review of the docket, I cannot tell which motions, if any, were actively pending at the time of the transfer. Accordingly, **IT IS HEREBY ORDERED that any pending motions are DENIED without prejudice. The parties have until December 16, 2016, to file anew any motion that was pending at the time of transfer.** These renewed motions must comply with all local rules, including but not limited to LR 7-2 (form and timing), LR 7-3 (page limits), LR IA 7-3 (citations of authority), LR 56-1 (motions for summary judgment), LR IA 10-1 (form of papers), LR IA 10-2 (caption format), and LR IA 10-3 (exhibits). The parties are specifically advised that a motion should be contained within a single, streamlined document that includes the caption, request for relief, statement of facts, and memorandum of points and authorities. Once filed, further briefing on any renewed motion will proceed according to the time schedule in LR 7-2.

DATED: November 16, 2016

_____
Jennifer A. Dorsey
United States District Judge