ROBERT M. YASPAN (SBN 51867)
DEBRA R. BRAND (SBN 162285)
**LAW OFFICES OF ROBERT M. YASPAN**
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711
*California Attorneys for Mo Jacob*

```
___FILED         ___RECEIVED
___ENTERED       ___SERVED ON
         COUNSEL/PARTIES OF RECORD

           DEC - 9 2016

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MO JACOB, an individual, | Case No.: 2:16-cv-02639-JAD-VCF |
| Plaintiff | MOTION TO APPEAR TELEPHONICALLY |
| v. | |
| DENNIS E. RUSK an individual, and DENNIS E. RUSK, Architect LLC, a Nevada limited liability company, et. al. | Date: December 12, 2016<br>Time: 11:00 a.m.<br>Place: Courtroom 3D<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 |
| Defendants | |

California Counsel of Record for Plaintiff Mo Jacob ("Plaintiff") hereby moves for leave to appear telephonically for the discovery hearing on the Stipulation re: case scheduled and case management currently scheduled for December 12, 2016 at 11:00 a.m. Undersigned counsel is located in Woodland Hills, California and respectfully requests leave to appear telephonically

///

///

///

1

for the hearing as the hearing is not expected to be lengthy nor would prejudice Defendant in any way.

RESPECTFULLY SUBMITTED THIS 8th day of December, 2016

LAW OFFICES OF ROBERT M. YASPAN

By   /s/ Debra R. Brand
Debra R. Brand
California Attorneys for Plaintiff

**CERTIFICATE OF MAILING**

I hereby certify that on the 8th day of December, 2016, I mailed the attached document to the Clerk's Office via FedEx First Overnight for filing. A copy of the foregoing document was also mailed to via US Mail:

ROBERT A. NERSESIAN
NERSESIAN & SANKIEWICZ
528 8th Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

By   /s/  Lourdes Rivas
LOURDES RIVAS
An employee of
LAW OFFICES OF ROBERT M. YASPAN

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  December 9, 2016

**FedEx First Overnight**

fedex.com 1.800.GoFedEx 1.800.

Package Airbill

FedEx Tracking Number: 8044 5911 70

**1 From:** Robert Yaspan
Phone: 818-905-7711
Company: Law Offices of Robert Yaspan
Address: 21700 Oxnard St. #1750
City: Woodland Hills   State: CA   ZIP: 91367

**2 Your Internal Billing Reference**

**3 To:**
Recipient's Name: Attn: Clerk
Phone: 702-464-5400
Company: USDistrict Court - Nevada - Vegas
Address: 333 Las Vegas Blvd
           South
City: Las Vegas   State: NV   ZIP: 89101

8044 5911 7086

FedEx TRK# 0200 8044 5911 7086

W1 VGTA

FRI – 09 DEC 8:00A
FIRST OVERNIGHT

89101
NV-US
LAS